UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LESHAWN DAWSON, on behalf of himself and all others similarly situated, | Case No. 1:19-cv-01492-KPF |
| Plaintiffs, | **STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS** |
| v. | |
| MARLEY SPOON INC., | *Document Electronically Filed* |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Leshawn

Dawson ("Plaintiff") and defendant Marley Spoon Inc. that all claims alleged by Plaintiff and

filed in this action are hereby dismissed with prejudice and without costs against any party.

COHEN & MIZRAHI LLP
Attorneys for Plaintiff
Leshawn Dawson

By:_____
      JOSEPH H. MIZRAHI

Dated:_____, 2019

SAIBER LLC
Attorneys for Defendant
Marley Spoon Inc.

By:_____
      MICHAEL J. GROHS

Dated: ___JULY 3___, 2019

01388373.DOCX